

# Fourth Court of Appeals
## San Antonio, Texas

October 25, 2019

No. 04-19-00728-CV

Gary **DANIELS**,
Appellant

v.

Alissa **DANIELS**,
Appellee

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2015-CI-20628
Honorable Antonia Arteaga, Judge Presiding

## O R D E R

The Appellant's Motion for Emergency Stay is hereby DENIED.

Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 25th day of October, 2019.

LUZ ESTRADA,
Chief Deputy Clerk